IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action **No. 11-cv-00291-JLK**

**RICHBUILT CONSTRUCTION, LLC,** a Florida corporation; and
**JEROME RICH**, a Florida resident,

    Plaintiffs,

v.

**PIPER AIRCRAFT, INCORPORATED**, a Delaware corporation,
d/b/a **THE NEW PIPER AIRCRAFT, INCORPORATED**,

    Defendants.

---

## ORDER

---

This matter is currently before me on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (doc. 2). Having reviewed the motion and being advised in the premises, the motion is GRANTED. Because I lack subject matter jurisdiction, Plaintiffs' Complaint and Jury Demand against Defendant is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(1).


Dated: June 3, 2011                                        BY THE COURT:

                                                                             **/s/ John L. Kane**
                                                                             SENIOR U.S. DISTRICT JUDGE